## González v. El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección 1ª.

### Moción para que se practique de oficio una inscripción.

No. 86.—Resuelto en abril 27, 1911.

Inscripción—Derechos.—Los gastos que ocasione la nueva inscripción que deba verificarse en el registro, en los casos en que se revocare la calificación del registrador, deberá satisfacerlos la parte interesada, a no ser que el tribunal acordare que deban ser satisfechos por el registrador.

Abogado del peticionario: *Sr. Raul Benedicto.*

RESOLUCIÓN DEL TRIBUNAL.

La recurrente Pascasia González solicita en el anterior escrito que habiéndose revocado la nota del registrador de la propiedad, denegatoria de inscripción, y ordenándose que ésta se lleve a afecto, sin haber condenado en costas a dicho registrador, se decida por este tribunal que se practique de oficio dicha inscripción.

La ley sobre recursos contra las resoluciones de los registradores de la propiedad, aprobada en marzo 1 de 1902, establece en su sección 6º. que si se revocare la calificación del registrador, el Tribunal Supremo podrá imponerle discrecionalmente como costas el pago del franqueo y gastos eventuales de la persona interesada, que no excedan de cincuenta dollars, y podrá además disponer que el registrador haga gratuitamente la inscripción.

En la fecha de dicha ley el registrador percibía los derechos de inscripción o los honorarios que se devengasen en el registro; pero desde que se aprobó en 10 de marzo de 1904 la ley asignando sueldos a los registradores de la propiedad y para otros fines, El Pueblo de Puerto Rico percibe en sellos de rentas internas los derechos de inscripción con arreglo al arancel contenido en dicha ley.

El Pueblo de Puerto Rico no puede .ser privado del derecho que la ley citada le reconoce de percibir en sellos de rentas internas cualquier cantidad que deba ingresar en las oficinas de los registros de la propiedad, y no encontramos motivo suficiente para que el registrador recurrido deba pagar los gastos que ocasione la inscripción ordenada.

Se desestima la solicitud de la peticionaria.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf, del Toro y Aldrey.